Mary E. Bacon, Esq. (NV Bar No. 12686)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com

*Attorneys for Ohio Security Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **ALLON ADAR-BURLA**, an individual, and **CATHERINE BRITTON**, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**OHIO SECURITY INSURANCE COMPANY**, a foreign corporation, and subsidiary of LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation, DOE CLAIMS ADJUSTER I-X, and DOES I through XX, inclusive and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01074-ART-MDC<br><br><u>**STIPULATION AND ORDER REGARDING SOLE DEFENDANT IN CASE AND REQUEST TO CHANGE CASE CAPTION**</u> |

Defendant Ohio Security Insurance Company ("Ohio") and Plaintiffs Allon Adar-Burla and Catherine Britton ("Plaintiffs" and together with Ohio collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree:

Plaintiffs Amended Complaint only names Ohio as a defendant. Liberty Mutual Insurance Company ("Liberty") is only mentioned in the caption of the Amended Complaint because Ohio is a subsidiary of Liberty. *See* Caption ("OHIO SECURITY INSURANCE COMPANY, **a foreign corporation, and subsidiary of** LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation") (emphasis added).  Because of how Liberty is mentioned in the caption, there was confusion by the Court regarding whether Liberty is an additional named defendant. (Liberty is listed as a separate defendant on the court's docket).

1    IT IS HEREBY STIPULATED AND AGREED, that Liberty is <u>not</u> a defendant and does

2    not need to respond to the Amended Complaint. The Parties agree that nothing in this stipulation

3    prohibits Plaintiffs from amending their complaint in the future in accordance with the Federal

4    Rules of Civil Procedure to add additional party defendants.

5

6    Dated this 12th day of September, 2025.          Dated this 12th day of September, 2025.

7    THE COTTLE FIRM                                  SPENCER FANE, LLP

8    */s/ Matthew D. Minucci*_____          */s/ Mary E. Bacon*_____
9    Robert W. Cottle, Esq.                           Mary E. Bacon, Esq.
     Nevada Bar No. 4576                              Nevada Bar No. 12686
10   Matthew D. Minucci, Esq.                         300 South Fourth Street, Suite 1600
     Nevada Bar No. 12449                             Las Vegas, Nevada 89101
11   8635 Eastern Avenue                              *Attorneys for Ohio Security Insurance*
12   Las Vegas, NV 89123                              *Company and Liberty Mutual Insurance*
     *Attorneys for Plaintiffs*                       *Company*
13

14                              **ORDER**

15                              **IT IS SO ORDERED.**

16

17

18

19                              _____
20                              Hon. Maximiliano D. Couvillier, III
                                UNITED STATES MAGISTRATE JUDGE
21

22                              Dated: September 17, 2025

23

24

25

26

27

28

STIPULATION AND ORDER