UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Allon Adar-Burla, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> Liberty Mutual Insurance Company, et al., <br><br> Defendant(s). | 2:25-cv-01074-ART-MDC <br><br> **ORDER** |

With good cause appearing, the Honorable Magistrate Judge Maximiliano D. Couvillier III recuses himself in this action.

**IT IS ORDERED** that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

Dated: November 13, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge