ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
HAYDEN R. COTTLE, ESQ.
Nevada Bar No. 16219
**THE COTTLE FIRM**
8635 S. Eastern Avenue
Las Vegas, Nevada 89123
Email: mminucci@cottlefirm.com
Phone: (702) 722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALLON ADAR-BURLA, an individual, and CATHERINE BRITTON, an individual,

Plaintiffs,

vs.

OHIO SECURITY INSURANCE COMPANY, a foreign corporation, and subsidiary of LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation, DOE CLAIMS ADJUSTER I-X, and DOES I through X; and ROE CORPORATIONS/ENTITIES I through XX, inclusive,

Defendants.

CASE NO.: 2:25-cv-01074-ART-MDC

**STIPULATION AND ORDER TO STAY DISCOVERY PLAN AND SCHEDULING ORDER**
**(Second Request)**

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, **IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs by and through their counsel of record Robert W. Cottle, Esq. and Matthew D. Minnucci, Esq., of the law firm of The Cottle Firm, and Ohio Security Insurance Company, by and through their counsel of record, Spencer Fane, that the Parties Stipulate to stay discovery. This Stipulation is made in good faith and not for purposes of delay. On October 16, 2025, Plaintiffs filed a Motion for Partial Summary Judgment with request for hearing. [ECF No. 12] (the "Plaintiffs' Summary Judgment Motion"). On October 20, 2025, Defendant filed its Motion for Summary Judgment on the Pleadings. [ECF No. 13] (the

"Defendant's Summary Judgment Motion") (Plaintiffs' Summary Judgment Motion and Defendant's Summary Judgment Motion, together, the "Motions"). On July 20, 2026, the Court entered its Order on the pending Motions [ECF No. 30]. The Court Ordered that Century Security's motion for judgment on the pleadings [ECF No. 13] was GRANTED. Plaintiffs' breach of contract, breach of the implied covenant of good faith and fair dealing, and fraudulent inducement claims are dismissed without prejudice and with leave to amend. Plaintiffs' breach of contract claim, to the extent that it is based on the intended third-party beneficiary theory, is dismissed with prejudice. The Court further Ordered that Plaintiff shall file the Second Amended Complaint within 30 days of the order. Plaintiffs filed their Second Amended Complaint on August 27, 2026 [ECF No. 37]. Plaintiff filed a Notice of Appeal on August 28, 2026 [ECF No. 39]. The Court Ordered that the DPSO be filed no later than September 10, 2026 [ECF No. 38]. Defendant is filing a Motion to Dismiss the Second Amended Complaint on September 10, 2026, raising threshold legal issues for the Court to address related to Plaintiffs' Second Amended Complaint.

A hearing date for the Motion(s) has not been set. The resolution of the Motion to Dismiss may obviate the need for a discovery plan and scheduling Order. The parties agree that the Court should resolve the threshold legal issues raised in the Motion before discovery commences. As such, good cause exists for this extension / stay of discovery.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

This is the Second stipulation to stay the DPSO.

IT IS SO STIPULATED

Dated this 10th day of September 2026.

**THE COTTLE FIRM**

*/s/ Matthew D. Minucci*
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
8635 South Eastern Avenue
Las Vegas, NV 89123
*Attorneys for Plaintiff*

**SPENCER FANE LLP**

*/s/ Jeremy A. Moseley*
RICHARD F. HOLLEY, ESQ.
Nevada Bar No, 3077
JEREMY A. MOSELEY, ESQ
Pro Hac Vice
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
*Attorneys for Defendant*

IT IS SO ORDERED:

UNTIED STATES MAGISTRATE JUDGE

DATED: September 11, 2026